■ AETNA CASUALTY & SURETY COMPANY, Appellant, v MERCHANTS MUTUAL INSURANCE COMPANY, Respondent.—Order unanimously affirmed, with costs, on the decision at Special Term, Aronson, J.; Denman, J., not participating. (Appeal from order of Onondaga Supreme Court—declaratory judgment.) Present—Marsh, P. J., Moule, Hancock, Jr., Denman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE MURZYNOWSKI, Appellant.—Judgment unanimously affirmed (see *Michelson v United States,* 335 US 469, 475-485; *People v Kuss,* 32 NY2d 436; *People v Alamo,* 23 NY2d 630). (Appeal from judgment of Erie Supreme Court— burglary, third degree, and another charge.) Present—Marsh, P. J., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.

■ MARINE MIDLAND BANK, Plaintiff, v MARCAL ENTERPRISES, INC., et al., Defendants. UNITED STATES OF AMERICA, Respondent, v EDMUND LEISING BUILDING CONTRACTOR, INC., Appellant.—Order unanimously affirmed, without costs on the decision at Genesee County Court, Graney, J. (Appeal from order of Genesee County Court—dismiss complaint.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ. [91 Misc 2d 810.]

■ MIRON B. WASIK, Appellant, v KEELER CONSTRUCTION COMPANY, INC., Respondent.—Order unanimously affirmed, with costs (see *Burns v City of New York,* 213 NY 516; *Colonna v State of New York,* 224 App Div 173, affd 253 NY 595; *Gleason v Tompkins,* 84 Misc 2d 174). Denman, J., not participating. (Appeal from order of Orleans Supreme Court—summary judgment.) Present—Marsh, P. J., Hancock, Jr., Denman, Schnepp and Witmer, JJ.